DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUWANNA D. BURSTON; JACQUELINE ANN EVANS,
aka JACQUELINE ANN HIGGINBOTHAM; and
WILLIE LORENZO EVANS, JR.,

Appellants,

v.

DENISE CARDOSO,

Appellee.

No. 2D2023-1428
_____

May 1, 2024

Appeal from the Circuit Court for Hillsborough County; Rex M. Barbas,
Judge.

Samuel Alexander and Michael Ellis of Alexander Appellate Law, P.A.,
DeLand, for Appellants.

Amy L. Dilday of Englander Fischer, St. Petersburg, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.